IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JEFFREY S. RAPP, | CV-18-16-BU-BMM-JCL |
| Plaintiff, | **ORDER** |
| vs. | |
| HAMPTON MANAGEMENT LLC, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the telephonic status conference is set for November 20, 2018 is **VACATED.**

DATED this 15th day of November, 2018.

_____
Brian Morris
United States District Court Judge