IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JEFFREY S. RAPP, | CV-18-16-BU-BMM-JCL |
| Plaintiff, | **ORDER** |
| vs. | |
| HAMPTON MANAGEMENT LLC, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the status conference set for December 17, 2018 will be held by telephone. The Court will contact the parties with the call-in number.

DATED this 5th day of December, 2018.

Brian Morris
United States District Court Judge