UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JEFFREY S. RAPP,<br><br>              Plaintiff,<br><br>vs.<br><br>HAMPTON INNS MANAGEMENT, LLC,<br><br>              Defendant. | Case No. CV-18-16 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 62) this action is DISMISSED.

     Dated this 31st day of January 2019.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ H. Gauthier
                                      H. Gauthier, Deputy Clerk